DAVID C. BROWNSTEIN (SBN: 141929)
DAVID M. GOLDSTEIN (SBN: 142334)
**FARMER BROWNSTEIN JAEGER**
**GOLDSTEIN SIEGEL & SHEPARD LLP**
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Telephone: (415) 962-2873
dbrownstein@fbjgss.com
dgoldstein@fbjgss.com

*Attorneys for Plaintiffs the Writers Guild of*
*America, West, Inc., and the Writers Guild of*
*America East, Inc.*

*Additional counsel listed on signature block.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA FAUST, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>PARAMOUNT SKYDANCE CORPORATION, and SKYDANCE MEDIA, LLC,<br><br>　　　　　　　Defendants. | Case No. 4:26-cv-3790<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Civil Local Rules 3-3(c) and 3-12, Plaintiffs the Writers Guild of America, West, Inc. and the Writers Guild of America East, Inc. respectfully move this Court to consider whether *Faust v. Paramount Skydance Corp.*, Case No. 4:26-cv-3790 ("*Faust*") and *The State of California, et al. v. Paramount Skydance Corp. and Warner Bros. Discovery, Inc.*, Case No. 4:26-cv-7116 ("*California*") should be related to *Writers Guild of America, West, Inc. and Writers Guild of America East, Inc. v. Paramount Skydance Corporation and Warner Bros. Discovery, Inc.*, Case No. 3:26-cv-07212 ("*Writers Guild v. Paramount*").

Plaintiffs respectfully submit that the actions meet the criteria for "related cases" under the Civil Local Rules of the Northern District of California. Civil Local Rule 3-12(a) states that "[a]n

1

action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Both criteria are met here.

First, the actions share substantial overlap in both transaction and parties. The cases arise from the same proposed transaction—Paramount Skydance Corporation's ("Paramount") acquisition of Warner Bros. Discovery, Inc. In each action, Paramount is a named defendant. And in all suits plaintiffs seek to enjoin the transaction under Section 7 of the Clayton Act, 15 U.S.C. § 18, because it is likely to substantially lessen competition.

Second, the substantial overlap between *Faust*, *California*, and *Writers Guild v. Paramount* means that relating the cases will serve judicial economy, avoid duplicative discovery, and reduce the burden on the parties and witnesses. Conversely, proceeding before different Judges risks potentially inconsistent rulings on the same overlapping issues as the cases proceed simultaneously.

For these reasons, Plaintiffs the Writers Guild of America, West, Inc. and the Writers Guild of America East, Inc. respectfully submit that *Faust* and *California* should be related to *Writers Guild v. Paramount*.

Date: July 14, 2026

By: */s/ David C. Brownstein*
DAVID C. BROWNSTEIN (SBN: 141929)
DAVID M. GOLDSTEIN (SBN: 142334)
**FARMER BROWNSTEIN JAEGER
GOLDSTEIN SIEGEL & SHEPARD LLP**
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Telephone: (415) 962-2873
dbrownstein@fbjgss.com
dgoldstein@fbjgss.com

KELLIE LERNER (*pro hac vice* to be filed)
ELLISON A. SNIDER (*pro hac vice* to be filed)
BENJAMIN B. ALLEN (*pro hac vice* to be filed)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
Telephone: (646) 960-8601

2

Facsimile: (646) 960-8625
kellie@scl-llp.com
esnider@scl-llp.com
ballen@scl-llp.com

J .WYATT FORE (*pro hac vice* to be filed)
**SHINDER CANTOR LERNER LLP**
600 14th Street, NW
Washington, D.C. 20005
Telephone: (646) 960-8632
wyatt@scl-llp.com

N. SLADE BOND II (*pro hac vice* to be filed)
CHARLES J. LADUCA (*pro hac vice* to be filed)
**CUNEO GILBERT
FLANNERY & LADUCA, LLP**
2445 M Street, NW Suite 740
Washington, D.C. 20037
Telephone: (202) 789-3960
sbond@cuneolaw.com

SARAH ROONEY (*pro hac vice* to be filed)
**CUNEO GILBERT
FLANNERY & LADUCA, LLP**
8705 Colesville Road
B. 133
Silver Spring, MD 20910
Telephone: (301) 518-7428
srooney@cuneolaw.com

MICHAEL J. FLANNERY (SBN: 196266)
**CUNEO GILBERT
FLANNERY & LADUCA, LLP**
Two CityPlace Drive
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

MATTHEW J. PLATKIN (*pro hac vice* to be filed)
AARON HAIER (*pro hac vice* to be filed)
**PLATKIN LLP**
413 Washington Avenue, Unit 174
Belleville, NJ 07109
Telephone: (973) 561-1951
mplatkin@platkinllp.com

*Attorneys for Plaintiffs the Writers Guild of America,
West, Inc., and the Writers Guild of America East, Inc.*

3

**FILER'S ATTESTATION**

I, David C. Brownstein, am the ECF User whose ID and password are being used to file this Administrative Motion to Consider Whether Cases Should Be Related. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ David C. Brownstein
David C. Brownstein

4

DAVID C. BROWNSTEIN (SBN: 141929)
DAVID M. GOLDSTEIN (SBN: 142334)
**FARMER BROWNSTEIN JAEGER
GOLDSTEIN SIEGEL & SHEPARD LLP**
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Telephone: (415) 962-2873
dbrownstein@fbjgss.com
dgoldstein@fbjgss.com

*Attorneys for Plaintiffs the Writers Guild of
America, West, Inc., and the Writers Guild of
America East, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA FAUST, *et al*., | Case No. 4:26-cv-3790 |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11** |
| vs. | |
| PARAMOUNT SKYDANCE CORPORATION, and SKYDANCE MEDIA, LLC, | |
| Defendants. | |

Having considered Plaintiffs the Writers Guild of America, West, Inc. and the Writers Guild of America East, Inc.'s administrative motion to consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11, all papers filed in support of or in opposition to that motion, and the entire record herein, the Court hereby:

**ORDERS**, that *Faust v. Paramount Skydance Corp.*, Case No. 4:26-cv-3790 ("*Faust*") and *The State of California, et al. v. Paramount Skydance Corp. and Warner Bros. Discovery, Inc.*, Case No. 4:26-cv-7116 ("*California*") are related to *Writers Guild of America, West, Inc. and Writers Guild of America East, Inc. v. Paramount Skydance Corporation and Warner Bros. Discovery, Inc.*, Case No. 3:26-cv-07212 ("*Writers Guild v. Paramount*"). Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign *Writers Guild v. Paramount* to the undersigned judge for all future purposes.

1

**FURTHER ORDERS**, that the parties are instructed that all future filings in the reassigned case are to bear the initials of the undersigned judge immediately after the case number. The parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any upcoming case management conference in the reassigned case will be rescheduled by this Court; any upcoming hearing dates for noticed motions in the re-assigned case are vacated and must be re-noticed by the moving party before the undersigned judge; and any deadlines set by ADR Local Rules remain in effect.

**IT IS SO ORDERED.**

Date: _____, 2026

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES
Case No. 4:26-cv-3790