DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:    +1 310 553 6700
Facsimile:    +1 310 246 6779

PETER C. HERRICK (*pro hac vice* forthcoming)
pherrick@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019-6022
Telephone:    +1 212 326 2000
Facsimile:    +1 212 326 2061

JULIA A. SCHILLER (*pro hac vice* forthcoming)
jschiller@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:    +1 202 383 5300
Facsimile:    +1 202 383 5414

*Attorneys for Defendant*
*Warner Bros. Discovery, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., and WRITERS GUILD OF AMERICA EAST, INC.,<br><br>      *Plaintiffs,*<br><br>  v.<br><br>PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC.<br><br>      *Defendants.* | Case No. 3:26-CV-07212-AMO<br><br>Judge Araceli Martinez-Olguin<br><br>**WARNER BROS. DISCOVERY, INC.'S CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]**<br><br>Action Filed: July 14, 2026<br>Trial Date: Not set |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Warner Bros. Discovery, Inc. hereby states it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  July 15, 2026

Respectfully Submitted,

O'MELVENY & MYERS LLP
Daniel M. Petrocelli

By: _____/s/ Daniel M. Petrocelli_____
                    Daniel M. Petrocelli

*Attorneys for Defendant*
*Warner Bros. Discovery, Inc.*

- 2 -

CORPORATE DISCLOSURE STATEMENT
CASE NO. 3:26-CV-07212

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I caused to be electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Daniel M. Petrocelli*

Daniel M. Petrocelli

CORPORATE DISCLOSURE STATEMENT
CASE NO. 3:26-CV-07212