DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:    +1 310 553 6700
Facsimile:    +1 310 246 6779

PETER C. HERRICK (*pro hac vice* forthcoming)
pherrick@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY  10019-6022
Telephone:    +1 212 326 2000
Facsimile:    +1 212 326 2061

JULIA A. SCHILLER (*pro hac vice* forthcoming)
jschiller@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:    +1 202 383 5300
Facsimile:    +1 202 383 5414

*Attorneys for Defendant*
*Warner Bros. Discovery, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., and WRITERS GUILD OF AMERICA EAST, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC. <br><br> *Defendants.* | Case No. 3:26-CV-07212-AMO <br><br> Judge Araceli Martinez-Olguin <br><br> **WARNER BROS. DISCOVERY, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS** <br><br> Action Filed: July 14, 2026 <br> Trial Date:    Not set |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.


Dated:  July 15, 2026                              Respectfully Submitted,

                                                   O'MELVENY & MYERS LLP
                                                   Daniel M. Petrocelli


                                                   By:        /s/ Daniel M. Petrocelli
                                                                Daniel M. Petrocelli

                                                   *Attorneys for Defendant*
                                                   *Warner Bros. Discovery, Inc.*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2026, I caused to be electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Daniel M. Petrocelli*

Daniel M. Petrocelli

- 3 -

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS
CASE NO. 3:26-CV-07212