KELLIE LERNER (*pro hac vice*)
ELLISON A. SNIDER (*pro hac vice*)
BENJAMIN B. ALLEN (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
Telephone: (646) 960-8601
kellie@scl-llp.com
esnider@scl-llp.com
ballen@scl-llp.com

J. WYATT FORE (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
600 14th Street, NW
Washington, D.C. 20005
Telephone: (646) 960-8632
wyatt@scl-llp.com

DAVID C. BROWNSTEIN (SBN: 141929)
DAVID GOLDSTEIN (SBN: 142334)
**FARMER BROWNSTEIN JAEGER
GOLDSTEIN SIEGEL & SHEPARD LLP**
155 Montgomery Street, Suite 301
San Francisco, CA 94104-2733
Telephone: (415) 962-2873
dbrownstein@fbjgss.com
dgoldstein@fbjgss.com

CHARLES J. LADUCA (*pro hac vice*)
N. SLADE BOND II (*pro hac vice*)
**CUNEO GILBERT
FLANNERY & LADUCA, LLP**
2445 M Street, NW Suite 740
Washington, D.C. 20037
Telephone: (202) 789-3960
sbond@cuneolaw.com

SARAH ROONEY (*pro hac vice*)
**CUNEO GILBERT
FLANNERY & LADUCA, LLP**
8705 Colesville Road
B. 133
Silver Spring, MD 20910
Telephone: (301) 518-7428
srooney@cuneolaw.com

MATTHEW J. PLATKIN (*pro hac vice*)
AARON HAIER (*pro hac vice*)
**PLATKIN LLP**
413 Washington Avenue, Unit 174
Belleville, NJ 07109
Telephone: (973) 561-1951
mplatkin@platkinllp.com
ahaier@platkinllp.com

*Attorneys for Plaintiffs
the Writers Guild of America, West, Inc., and
the Writers Guild of America East, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., and WRITERS GUILD OF AMERICA EAST, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PARAMOUNT SKYDANCE CORPORATION, and WARNER BROS. DISCOVERY, INC., <br><br> Defendants. | Case No.  4:26-cv-07212 <br><br> **DECLARATION OF KELLIE LERNER IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION** |

I, **KELLIE LERNER**, hereby declare as follows:

1.      I am a partner at the law firm Shinder Cantor Lerner LLP, counsel for the Writers Guild of America, West, Inc. and Writers Guild of America East, Inc. ("WGA Plaintiffs").

2.      I submit this Declaration to provide the Court with documents supporting WGA Plaintiffs' Motion for a Preliminary Injunction. To the best of my knowledge, information, and belief, the exhibits to this Declaration are true and correct copies of documents described below.

3.      Exhibit A is a true and correct copy of the Complaint (ECF 1) in the case *State of California, et al. v. Paramount Skydance Corp., et al.*, No. 4:26-cv-7116 (N.D. Cal. July 13, 2026).

4.      Exhibit B is a true and correct copy of Warner Bros. Discovery, Inc.'s Q2 2023 Earnings Call Transcript from Aug. 3, 2023, available at finance.yahoo.com/news/warner-bros-discovery-inc-nasdaq-185517241.html.

5.      Exhibit C is a true and correct copy of Paramount Global's Q4 2023 Earnings Call Transcript from Feb. 28, 2024, available at ir.paramount.com/static-files/d626ef32-dbe3-429a-ae2c-1ca6652163a4.

6.      Exhibit D is a true and correct copy of the article titled, "Disney CEO Bob Iger: Fox's James Murdoch will help with the transition; future Murdoch role will be discussed," written by Berkeley Lovelace Jr. for CBNC on December 14, 2017, available at https://www.cnbc.com/2017/12/14/disney-ceo-bob-iger-james-murdoch-of-fox-will-help-with-the-transition.html.

7.      Exhibit E is a true and correct copy of the following statement submitted by Cinema United on February 3, 2026: Examining the Competitive Impact of the Proposed Netflix-Warner Bros. Transaction: Hearing Before the Subcomm. on Antitrust, Competition Policy & Consumer Rights of the S. Comm. on the Judiciary (119th Cong.), available at cinemaunited.org/wp-content/uploads/2026/02/Senate-SFR-Cinema-United-Final.pdf.

8.      Exhibit F is a true and correct copy of the DFAN14A filed by Paramount Skydance Corporation with the Securities and Exchange Commission on March 5, 2026 concerning its proposed acquisition of Warner Bros. Discovery, Inc., available at https://ir.paramount.com/static-

1

files/7570df54-fb72-49f8-a771-a70cecd14299.

9.    Exhibit G is a true and correct copy of the article titled, "Paramount-Warner Would Create a Hollywood Jobs Apocalypse," by David Dayen, published by The American Prospect on March 2, 2026, available at https://prospect.org/2026/03/02/paramount-warner-merger-netflix-hollywood-jobs-layoffs-antitrust/.

10.    Exhibit H is a true and correct copy of the article titled, "Justice Department Clears Paramount's Acquisition of Warner Bros," by Ismail Shakil, *et al.*, published in Reuters and reprinted in the Maryland Daily Record on June 15, 2026, available at https://thedailyrecord.com/2026/06/15/justice-department-clears-paramount-acquisition-warner-bros/.

11.    Exhibit I is a true and correct copy of the article titled, "Paramount-WBD merger wins approval from DOJ," written by Lillian Rizzo and Julia Boorstin for CNBC on June 12, 2026, available at https://www.cnbc.com/2026/06/12/paramount-wbd-merger-approval-doj.html.

12.    Exhibit J is a true and correct copy of the Motion for Temporary Restraining Order (ECF 27) filed in the case *Bonta ex rel. California et al. v. Paramount Skydance Corp. and Warner Bros. Discovery, Inc.*, No. 4:26-cv-7116 (N.D. Cal. July 13, 2026).

13.    Exhibit K is a true and correct copy of the report titled, "Broken Promises: Media Mega-Mergers and the Case for Antitrust Reform," created by the Writers Guild of America, West, Inc. in December 2021, available at https://www.wga.org/uploadedfiles/news_and_events/public_policy/broken-promises-merger-report.pdf.

14.    Exhibit L is a true and correct copy of the article titled, "Paramount CEO David Ellison wants to release 30 films annually. History and Hollywood say it's unrealistic," written by Sarah Whitten for CNBC on April 29, 2026, available at https://www.cnbc.com/2026/04/29/david-ellison-paramount-warner-bros-30-film-releases.html.

15.    Exhibit M is a true and correct copy of the Form 8-K filed by Paramount Skydance Corporation with the Securities and Exchange Commission on February 25, 2026, available at

https://ir.paramount.com/static-files/ecd1de25-e0aa-4261-95b5-5af1a54ddbad.

16.     Exhibit N is a true and correct copy of the article titled, "Paramount to Lay Off 2,000 Employees," written by Benjamin Mullin for The New York Times on October 29, 2025, available at https://www.nytimes.com/2025/10/29/business/media/paramount-layoffs-skydance.html.

17.     Exhibit O is a true and correct copy of the article titled, "Feelings Don't Matter: How the Ellison Era Is Transforming Paramount," written by Pamela McClintock for The Hollywood Reporter on December 4, 2025, available at https://www.hollywoodreporter.com/business/business-news/paramount-plans-ninja-turtles-south-park-1236439954/.

18.     Exhibit P is a true and correct copy of the Memorandum of Points and Authorities in Support of Motion for Temporary Restraining Order and Order to Show Cause as to Why a Preliminary Injunction Should Not Issue (ECF 27-2) filed in the case *State of California, et al. v. Paramount Skydance Corp., et al.*, No. 4:26-cv-7116 (N.D. Cal. July 13, 2026).

I, Kellie Lerner, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of July 2026 in New York, NY.


                                                      */s/ Kellie Lerner*
                                                      Kellie Lerner

## **FILER'S ATTESTATION**

I, David C. Brownstein, am the ECF User whose ID and password are being used to file this Complaint. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: */s/ David C. Brownstein*
David C. Brownstein

4