UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WRITERS GUILD OF AMERICA, WEST, INC., and WRITERS GUILD OF AMERICA EAST, INC.,

Plaintiffs,

vs.

PARAMOUNT SKYDANCE CORPORATION, and WARNER BROS. DISCOVERY, INC.,

Defendants.

Case No.  4:26-cv-07212

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SHORTENED TIME ON MOTION FOR A PRELIMINARY INJUNCTION**

Having considered the Motion for Shortened Time on Plaintiffs' Motion for a Preliminary Injunction filed by Plaintiffs Writers Guild of America, West, Inc. and the Writers Guild of America East, Inc. (collectively, "Plaintiffs") and all related submissions including those from Paramount Skydance Corporation and Warner Bros. Discovery, Inc. (collectively, "Defendants"), and with good cause having been shown, the Court hereby GRANTS Plaintiffs' Motion.

IT IS HEREBY ORDERED that the Court sets the following schedule:

1. Defendants' opposition brief due by July 27, 2026;

2. Plaintiffs' reply due by July 30, 2026;

3. Parties' joint proposed omnibus sealing motion due by July 31, 2026;

4. Hearing on Plaintiffs' preliminary injunction motion at 3:00 p.m. on Monday, August 3, 2026, in Oakland.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge
Northern District of California

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOT. SHORTENED TIME ON PRELIMINARY INJUNCTION
Case No. 4:26-cv-07212