UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WRITERS GUILD OF AMERICA, WEST, INC., and WRITERS GUILD OF AMERICA EAST, INC.,
Plaintiff(s),
v.
PARAMOUNT SKYDANCE CORP., and WARNER BROS. DISCOVERY, INC.
Defendant(s).

Case No. 4:26-cv-07212-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Rakesh N. Kilaru, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Paramount Skydance Corp. in the above-entitled action. My local co-counsel in this case is Hanna Nunez Tse, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 346510.

Wilkinson Stekloff LLP
2001 M. St. NW, 10th Fl.
Washington, DC 20036
MY ADDRESS OF RECORD

Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 847-4046
MY TELEPHONE # OF RECORD

(415) 391-0600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

rkilaru@wilkinsonstekloff.com
MY EMAIL ADDRESS OF RECORD

hanna.nuneztse@lw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1015310.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/27/2026

Rakesh N. Kilaru
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rakesh N. Kilaru is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 27, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE