United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., | Case No. 26-cv-07116-AMO |
| Plaintiffs, | |
| v. | **PRELIMINARY SCHEDULING ORDER** |
| PARAMOUNT SKYDANCE CORPORATION, et al., | Re: Dkt. No. 193 |
| Defendants. | |
| WRITERS GUILD OF AMERICA, WEST, INC., et al., | Case No. 26-cv-07212-AMO |
| Plaintiffs, | Re: Dkt. No. 81 |
| v. | |
| PARAMOUNT SKYDANCE CORPORATION, et al., | |
| Defendants. | |

Before the Court is the parties' joint statement regarding trial scheduling in both *State of California et al. v. Paramount Skydance Corporation et al.*, Case No. 26-cv-07116-AMO, and *Writers Guild of America, West, Inc. et al. v. Paramount Skydance Corporation et al.*, Case No. 26-cv-07212-AMO.  The joint statement follows the parties' stipulation and the Court's order "not to close" Defendant Paramount Skydance Corporation's ("Paramount") acquisition of Defendant Warner Bros. Discovery Inc. ("Warner Bros.") (the "Transaction").  The parties offer competing visions regarding the start date for a trial that all sides estimate will run approximately 12 days.

//

//

Having considered the parties' competing submissions, and to accommodate the Court's availability, the Court SETS the trial deadlines below.

- Trial will run a total of 12 court days, beginning Tuesday, March 2, 2027, and ending March 19, 2027. Trial will be dark on Monday, March 8, 2027, and Monday, March 15, 2027, to accommodate the Court's calendar.

- Trial days will run from 8:30 a.m. to 1:30 p.m., with two 15-minute breaks.

- A final pretrial conference will be held Wednesday, February 24, 2027, at 10:00 a.m.

- The parties' respective proposed findings of fact and conclusions of law, complete with citations to legal authority and the factual record, shall be submitted by no later than noon on Monday, April 5, 2027.

*       *       *

The Court further SETS an initial case management conference for August 19, 2026, at 10:00 a.m. The parties shall submit a joint case management statement by no later than noon on August 13, 2026. In particular, the parties' joint case management statement shall include a practicable schedule for the prosecution of the case including the dates and deadlines set above. The Court encourages the parties to additionally identify at least two alternative selections for a magistrate judge to preside over a settlement conference for the matters.

**IT IS SO ORDERED.**

Dated: August 4, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2