KELLIE LERNER (*pro hac vice*)
ELLISON A. SNIDER (*pro hac vice*)
BENJAMIN B. ALLEN (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
Telephone: (646) 960-8601
kellie@scl-llp.com
esnider@scl-llp.com
ballen@scl-llp.com

J. WYATT FORE (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
600 14th Street, NW
Washington, D.C. 20005
Telephone: (646) 960-8632
wyatt@scl-llp.com

DAVID C. BROWNSTEIN (SBN: 141929)
DAVID GOLDSTEIN (SBN: 142334)
**FARMER BROWNSTEIN JAEGER GOLDSTEIN SIEGEL & SHEPARD LLP** 155 Montgomery Street, Suite 301
San Francisco, CA 94104-2733
Telephone: (415) 962-2873
dbrownstein@fbjgss.com
dgoldstein@fbjgss.com

CHARLES J. LADUCA (*pro hac vice*)
N. SLADE BOND II (*pro hac vice*)
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
2445 M Street, NW Suite 740
Washington, D.C. 20037
Telephone: (202) 789-3960
sbond@cuneolaw.com

SARAH ROONEY (*pro hac vice*)
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
8705 Colesville Road B. 133
Silver Spring, MD 20910
Telephone: (301) 518-7428
srooney@cuneolaw.com

MATTHEW J. PLATKIN (*pro hac vice*)
AARON HAIER (*pro hac vice*)
**PLATKIN LLP**
413 Washington Avenue, Unit 174
Belleville, NJ 07109
Telephone: (973) 561-1951
mplatkin@platkinllp.com
ahaier@platkinllp.com

*Attorneys for Plaintiffs*
*the Writers Guild of America, West, Inc.,*
*and the Writers Guild of America East, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

WRITERS GUILD OF AMERICA, WEST, INC., and WRITERS GUILD OF AMERICA EAST, INC.,

Plaintiffs,

vs.

PARAMOUNT SKYDANCE CORPORATION, and WARNER BROS. DISCOVERY, INC.,

Defendants.

Case No. 4:26-cv-07212-AMO

**WGA PLAINTIFFS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PARAMOUNT'S MOTION TO MODIFY THE STIPULATION AND ORDER TO CLOSE TO REQUIRE BOND**

Date: September 24, 2026
Time: 10:00am
Judge: Honorable Araceli Martínez-Olguín

No bond is necessary here. As the joint opposition with the State Plaintiffs explains, Paramount is not entitled to a bond, and no bond is required where, as here, the WGA's suit seeks to vindicate the public interest. Pl. States' and WGA Pls.' Opp'n to Paramount's Mot. to Modify the Stipulation and Order Not to Close Require Bond ("Jt. Opp'n") (ECF No. 95) at 4–9 (citing Order Granting Mot. for TRO (ECF No. 141) at 9); *see Knevelbaard Dairies v. Kraft Foods, Inc.*, 232 F.3d 979, 988 (9th Cir. 2000) ("It is competition . . . that [the antitrust laws] recognize as vital to the public interest."). Seeking this relief is consistent with the WGA's purpose; as a nonprofit organization, the WGA exists to advance the public interest, including to promote a competitive market for writers' services. Mulroney Decl. ¶¶ 4, 7; Fontana Decl. ¶¶ 4, 7. However, if the Court determines a bond is necessary, the WGA respectfully requests a nominal bond of $10,000. Jt. Opp'n at 9–11; *see In re Nexstar-TEGNA Merger Litig.*, 2026 U.S. Dist. LEXIS 85526, at *81–82 (E.D. Cal. Apr. 17, 2026).

Paramount itself concedes that "organizations with more limited resources [] have obtained nominal bonds," precisely because an unduly large security would "deny access to judicial review." Paramount's Mot. to Modify the Stipulation and Order Not to Close Require Bond (ECF No. 89) at 15 (citing *Friends of the Earth, Inc. v. Brinegar*, 518 F.2d 322, 322–23 (9th Cir. 1975) (reversing unreasonably high bond of $4.5 million); *Van De Kamp v. Tahoe Reg'l Plan. Agency*, 766 F.2d 1319, 1325 (9th Cir. 1985) (declining to require even nominal bond for non-profit group that indicated its inability to post a substantial bond). The WGA is exactly such an organization. The WGA has no shareholders and no profit motive; it operates on member dues and resources earmarked for member services. Mulroney Decl. ¶¶ 3, 5; Fontana Decl. ¶¶ 3, 5. A bond above a nominal amount, let alone $1.88 billion, would cause undue hardship by forcing the WGA to divert funds from the very public interest work it exists to protect. Mulroney Decl. ¶¶ 6–7; Fontana Decl. ¶¶ 6–7. Thus, imposing such a hefty requirement would only "serve[] to thwart" effective antitrust enforcement altogether, which is why "requiring nominal bonds is perfectly proper in public interest litigation." *Save Our Sonoran, Inc. v. Flowers*, 408 F.3d 1113, 1126 (9th Cir. 2005) (citing *Tahoe Reg'l Plan. Agency*, 766 F.2d at 1325); *see Powelton Civic Home Owners Ass'n v. Dep't of Housing*

*& Urban Dev.*, 284 F. Supp. 809, 840–41 (E.D. Pa. 1968) (bond should not "raise virtually insuperable financial barriers insulating" the matter "from effective judicial scrutiny."); *see also* Mulroney Decl. ¶ 8; Fontana Decl. ¶ 8.

This concern is only sharper as Paramount originally stipulated to the relief with no bond, only later asking the Court to "dramatically raise [the] bond amount[]" to nearly $2 billion. *A&M Records v. Napster, Inc.*, 239 F.3d 1004, 1028 (9th Cir. 2001); *see also* Jt. Opp'n at 3–4 (explaining Paramount's "about-face"). Courts consistently reject requests for a "retroactive bond increase[.]" *See, e.g.*, *Sprint Commc'ns Co. L.P. v. CAT Commc'ns Int'l, Inc.*, 335 F.3d 235, 241 (3d Cir. 2003) (reversing district court's retroactive increase of bond). As a result, the Court should deny Paramount's motion and decline to modify the stipulation to require a bond. In the alternative, if the Court grants Paramount's motion, the WGA Plaintiffs respectfully request a nominal bond of $10,000.

Dated: August 31, 2026

Respectfully submitted,

/s/ *Kellie Lerner*
KELLIE LERNER (*pro hac vice*)
ELLISON A. SNIDER (*pro hac vice*)
BENJAMIN B. ALLEN (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Ste. 1900
New York, NY 10122
Telephone: (646) 960-8601
kellie@scl-llp.com
esnider@scl-llp.com
ballen@scl-llp.com

J. WYATT FORE (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
600 14th St., NW
Washington, D.C. 20005
Telephone: (646) 960-8632
wyatt@scl-llp.com

DAVID C. BROWNSTEIN (SBN: 141929)
DAVID M. GOLDSTEIN (SBN: 142334)

CHARLES J. LADUCA (*pro hac vice*)
N. SLADE BOND II (*pro hac vice*)
**CUNEO GILBERT**
**FLANNERY & LADUCA, LLP**
2445 M Street, NW Suite 740
Washington, D.C. 20037
Telephone: (202) 789-3960
sbond@cuneolaw.com

SARAH ROONEY (*pro hac vice*)
**CUNEO GILBERT**
**FLANNERY & LADUCA, LLP**
8705 Colesville Road
B. 133
Silver Spring, MD 20910
Telephone: (301) 518-7428
srooney@cuneolaw.com

MICHAEL J. FLANNERY (SBN: 196266)
**CUNEO GILBERT**
**FLANNERY & LADUCA, LLP**

**FARMER BROWNSTEIN JAEGER**
**GOLDSTEIN SIEGEL & SHEPARD LLP**
155 Montgomery Street, Suite 301
San Francisco, CA 94104-2733
Telephone: (415) 962-2873
dbrownstein@fbjgss.com
dgoldstein@fbjgss.com

Two CityPlace Drive
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

MATTHEW J. PLATKIN (*pro hac vice*)
AARON HAIER (*pro hac vice*)
**PLATKIN LLP**
413 Washington Ave, Unit 174
Belleville, NJ 07109
Telephone: (973) 561-1951
mplatkin@platkinllp.com
ahaier@platkinllp.com

*Attorneys for Plaintiffs*
*the Writers Guild of America, West, Inc., and*
*the Writers Guild of America East Inc.*

## **FILER'S ATTESTATION**

I, David Brownstein, am the ECF User whose ID and password are being used to file this Supplemental Brief. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: *<u>/s/ David Brownstein</u>*
David Brownstein