United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE STATE OF CALIFORNIA, et al.,

Plaintiffs,

v.

PARAMOUNT SKYDANCE CORPORATION, et al.,

Defendants.

Case No. 26-cv-07116-AMO

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT**

WRITERS GUILD OF AMERICA, WEST, INC., et al.,

Plaintiffs,

v.

PARAMOUNT SKYDANCE CORPORATION, et al.,

Defendants.

Case No. 26-cv-07212-AMO

Pursuant to Local Rule 72-1, the Court REFERRS these two matters to Magistrate Judge Thomas S. Hixson for settlement. The parties shall reach out to Judge Hixson's chambers as soon as practicable to begin the process of getting on his schedule.

**IT IS SO ORDERED.**

Dated: September 2, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**