**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WRITERS GUILD OF AMERICA, WEST, INC., *et al.*,**<br>***Plaintiffs*,**<br>**v.**<br>**PARAMOUNT SKYDANCE CORP., *et al.*,**<br>***Defendants*.** | **Case No.: 4:26-cv-07212-AMO**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO DISSOLVE STIPULATION AND ORDER NOT TO CLOSE AND VACATE BOND HEARING** |

WHEREAS, on September 21, 2026, Paramount Skydance Corporation, a Delaware corporation ("Paramount"), Warner Bros. Discovery, Inc., a Delaware corporation ("WBD," and together with Paramount, the "Defendants"), Writers Guild of America, West, Inc. ("WGAW"), and Writers Guild of America East, Inc. ("WGAE," and together with WGAW, the "WGA") (collectively, the "Parties") entered into a settlement agreement (the "Agreement") resolving the WGA's claims;

WHEREAS, pursuant to the Agreement, the Parties are simultaneously filing a joint stipulation of dismissal (the "Stipulation of Dismissal") dismissing the above-captioned case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

WHEREAS, dissolving the Stipulation and Order Not to Close (ECF No. 170) (the "No-Close Order") is appropriate as the Parties have agreed to resolve the WGA's claims. Federal Rule

of Civil Procedure 54(b) provides that "any order or other decision, however designated, … may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities."

THEREFORE, IT IS HEREBY STIPULATED by the Parties through their counsel that:

1. The No-Close Order shall be dissolved, such that Paramount and WBD may close, consummate, and otherwise complete the Transaction as defined in that No-Close Order; and

2. The September 24, 2026 hearing on the Motion to Modify the Stipulation and Order to Not Close to Require Bond is cancelled and vacated.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 21, 2026

Respectfully submitted,

FOR DEFENDANT PARAMOUNT SKYDANCE CORP.:

/s/ Marguerite M. Sullivan
Marguerite M. Sullivan (*pro hac vice*)
Anna M. Rathbun (SBN 273787)
Christopher J. Brown (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marguerite.sullivan@lw.com
anna.rathbun@lw.com
chris.brown@lw.com

Joshua N. Holian (SBN 211772)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
joshua.holian@lw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Fl.
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com

Jeffrey L. Kessler (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com

*Attorneys for Defendants Paramount Skydance Corporation*

FOR DEFENDANT WARNER BROS. DISCOVERY, INC.:

By: */s/ Daniel M. Petrocelli*

Daniel M. Petrocelli (SBN 97802)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com

Peter C. Herrick (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, NY 10019-6022
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
pherrick@omm.com

Julia A. Schiller (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street NW
Washington, DC 20006-4061
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
jschiller@omm.com

Derek Ludwin (*pro hac vice)*
Henry Liu (*pro hac vice)*
Ross A. Demain (*pro hac vice)*
**COVINGTON & BURLING LLP**
One CityCenter
850 10th Street NW
Washington, DC 20001
Telephone: (202) 662-6000
dludwin@cov.com
hliu@cov.com
rdemain@cov.com

Bernard A. Nigro Jr. (*pro hac vice*)
Kathleen S. O'Neill (*pro hac vice*)
**FRIED FRANK HARRIS SHRIVER & JACOBSON LLP**
801 17th Street NW
Washington, DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
barry.nigro@friedfrank.com
kathy.oneill@friedfrank.com

*Attorneys for Defendant Warner Bros. Discovery, Inc.*

FOR PLAINTIFFS THE WRITERS GUILD OF AMERICA, WEST, INC., AND THE WRITERS GUILD OF AMERICA EAST, INC.

s/ *Kellie Lerner*
KELLIE LERNER (pro hac vice)
ELLISON A. SNIDER (pro hac vice)
BENJAMIN B. ALLEN (pro hac vice)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
Telephone: (646) 960-8601
kellie@scl-llp.com
esnider@scl-llp.com
ballen@scl-llp.com

J. WYATT FORE (pro hac vice)
**SHINDER CANTOR LERNER LLP**
600 14th Street, NW
Washington, D.C. 20005
Telephone: (646) 960-8632
wyatt@scl-llp.com

CHARLES J. LADUCA (pro hac vice)
N. SLADE BOND II (pro hac vice)
**CUNEO GILBERT**
**FLANNERY & LADUCA, LLP**
2445 M Street, NW Suite 740
Washington, D.C. 20037
Telephone: (202) 789-3960
sbond@cuneolaw.com

SARAH ROONEY (pro hac vice)
**CUNEO GILBERT**
**FLANNERY & LADUCA, LLP**
8705 Colesville Road
B. 133
Silver Spring, MD 20910
Telephone: (301) 518-7428
srooney@cuneolaw.com

MICHAEL J. FLANNERY (SBN: 196266)
**CUNEO GILBERT**
**FLANNERY & LADUCA, LLP**
Two CityPlace Drive
St. Louis, MO 63141

Telephone: (314) 226-1015
mflannery@cuneolaw.com

MATTHEW J. PLATKIN (pro hac vice)
AARON HAIER (pro hac vice)
**PLATKIN LLP**
413 Washington Avenue, Unit 174
Telephone: (973) 561-1951
mplatkin@platkinllp.com
ahaier@platkinllp.com

DAVID C. BROWNSTEIN (SBN: 141929)
DAVID M. GOLDSTEIN (SBN: 142334)
**FARMER BROWNSTEIN JAEGER GOLDSTEIN SIEGEL & SHEPARD LLP**
155 Montgomery Street, Suite 301 San Francisco, CA 94104
Telephone: (415) 962-2873
dbrownstein@fbjgss.com
dgoldstein@fbjgss.com

*Attorneys for Plaintiffs the Writers Guild of America, West, Inc., and the Writers Guild of America East, Inc.*

**PURSUANT TO STIPULATION** to Dissolve Stipulation and Order Not to Close and Vacate Bond Hearing filed by Plaintiffs Writers Guild of America, West, Inc. and Writers Guild of America East, Inc. and Defendants Paramount Skydance Corporation and Warner Bros. Discovery, Inc., and good cause appearing, it is hereby:

**ORDERED** that the Stipulation and Order Not to Close (ECF No. 170) is hereby **DISSOLVED**, such that Defendants Paramount Skydance Corporation and Warner Bros. Discovery, Inc. may close, consummate, and otherwise complete the Transaction as defined therein; and it is further

**ORDERED** that the hearing currently scheduled for September 24, 2026 on the Motion to Modify the Stipulation and Order to Not Close to Require Bond is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: September 30, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

**SIGNATURE ATTESTATION**

I, Marguerite M. Sullivan, am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Dissolve Stipulation and Order Not to Close and Vacate Bond Hearing. Pursuant to L.R 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: September 21, 2026

*/s/ Marguerite M. Sullivan*
Marguerite M. Sullivan