UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., and WRITERS GUILD OF AMERICA EAST, INC.,<br>Plaintiffs,<br>vs.<br>PARAMOUNT SKYDANCE CORPORATION, and WARNER BROS. DISCOVERY, INC.,<br>Defendants. | Case No. 4:26-cv-07212<br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' CIVIL L.R. 7-11 ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having considered the Writers Guild of America, West, Inc. and the Writers Guild of America East, Inc. (collectively, "Plaintiffs") Civil L.R. 7-11 Administrative Motion to File Under Seal, IT IS HEREBY ORDERED that the Clerk shall file the following materials filed in connection with Plaintiffs' Motion for a Preliminary Injunction in accord with the Court's ruling indicated below.

| **Document Title or Description** | **Dkt. No. of redacted version** | **Dkt. No. of unredacted version** | **Dkt. No. of decl. in support of sealing** | **Party with Burden to Substantiate Need to Seal** | **Full or partial sealing sought** | **Brief Statement of Reason for Sealing** | **Granted/Denied** |
|---|---|---|---|---|---|---|---|
| Declaration of Dr. Eric R. Emch | ECF 59-4 | ECF 59-3 | ECF 59-2 | Writers Guild of America, West, Inc.; Writers Guild of America East, Inc. | Figure 5., associated text in notes and ¶¶ 60–61; Figure 6, associated text in notes; Figure 10, associated text in notes and ¶ 77; Figure 12, associated text in notes and ¶ 79. | Contains confidential compensation information, the public disclosure of which would create a specific risk of economic harm by undermining bargaining positions in future employment negotiations. | **GRANTED** |
| Declaration of Dr. Eric R. Emch | ECF 59-4 | ECF 59-3 | ECF 59-2 | Writers Guild of America, West, Inc.; Writers Guild of America East, Inc. | Excerpts of the following footnotes: 25, 26, 27, 31, 77, 128, and 132. | Contains confidential information disclosed as part of cooperation with federal government investigation, the public disclosure of which would reveal competitively sensitive information. | **GRANTED** |

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Araceli Martínez-Olguín

October 2, 2026

NORTHERN DISTRICT OF CALIFORNIA